UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WINDSOR MORRISON,

        Plaintiff,

- against -

THE CITY OF NEW YORK, PETER MORALES
and EDMUND MORRIS, employees of the New
York City Police Department,

        Defendants.

-------------------------------------------------------------x

ORDER TO PRODUCE
ATTENDANCE AND
<u>EARNINGS RECORDS</u>
14 CV 4508 (RPK)(TAM)

Taryn A. Merkl, U.S.M.J.

      WHEREAS, Plaintiff subpoenaed on September 2, 2022 for use at trial a certified copy of the entire file regarding VERIZON'S employment of WINDSOR MORRISON, Date of Birth 4/24/76; and

      WHEREAS, Defendants moved to quash the subpoena; and

      WHEREAS, the matter having come before the Court on September 15, 2022, and with due deliberation thereon,

      IT IS ORDERED that VERIZON shall, on or before September 23, 2022, produce to the Clerk of the Court of the Eastern District of New York a certified copy of WINDSOR MORRISON'S attendance and earnings information, including, specifically Attendance Calendars, attendance/sick leave/disability records, and W-2 forms and other wage information for 2009-2018; and

      IT IS FURTHER ORDERED that this Order is without prejudice to Defendants' objections of use or admissibility at trial of records post-dating February 26, 2015.

Dated: September 16 2022
       Brooklyn, New York


     SO ORDERED

     *Taryn A. Merkl*

     Hon. Taryn A. Merkl
     United States Magistrate Judge, EDNY